USDC IN/ND case 1:23-cv-00497-DRL-SLC document 7 filed 10/27/23 page 1 of 11

02C01-2310-PL-000450
Filed: 10/27/2023 1:26 PM
Clerk
Allen Circuit Court
Allen County, Indiana
DW

| STATE OF INDIANA | ) | IN THE ALLEN CIRCUIT COURT |
| --- | --- | --- |
| | )SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

| PAMELA STEWART, | ) |
| --- | --- |
| Plaintiff, | ) |
| | ) |
| VS. | ) |
| | ) |
| WALMART, | ) |
| Defendant, | ) |

## Complaint for Damages

Plaintiff alleges:

1. Plaintiff, Pamela Stewart is an Afro-American adult female, resident of Fort Wayne, Indiana and former employee of Defendant, Walmart.

2. Defendant, Walmart is a corporation headquarter at 702 SW 8th Street, Bentonville, AR 72716 and is authorized by the State of Indiana operation and does so at 7502 Southtown Crossing Blvd., Fort Wayne, IN 46816 and did employ Stewart at the time of the incident set forth here in.

3. Stewart began to work for Walmart in July of 2021.

4. Stewart had previously worked for Walmart from 2010 to 2015 as a cake decorator.

5. Walmart's policy on transferring to a new position is that the employee has to have an been employed for at least 6 months.

6. On or about 12/17/2021, Plaintiff slipped and fell and broke her leg while working at Walmart. Stewart reported the injury to Walmart Store officials.

7. In August of 2022, Tommy, a white male supervisor quit his position and Stewart applied for it. The position was given to Yolanda a white female who is approximately late 20's years of age.

8. Also in August 2022, David, a white male manager told Stewart that he was trying to get rid of all the older employees.

9. Later that month, Steward applied for another supervisor position which she was qualified for in the hardware department. That position was given to a much younger employee who had been with Walmart a few months.

10. In October 2022, Ryan, a co-worker, brought over a few boxes and put them in the bakery freezer. Stewart advised Ryan that the boxes actually go to the deli department.

11. As Stewart was walking away from Ryan who had a box cutter in his hand. Ryan began to simulate like he was cutting her on her back.

12. Stewart immediately reported the above to David, a manager, but nothing was done.

13. Stewart was diagnosed with cervical cancer and had surgery on October 18, 2022. Upon her recovery, Stewart brought a physician's note to the

defendant's HR supervisor, Michelle. The physician's note indicated Stewart had a 15lb lifting restrictions.

14. Michelle advised Stewart that Walmart no longer takes doctors notes for physical limitations.

15. Stewart in November 2022, she applied for a supervisor's position in women's clothing. A younger female received the position.

16. Additionally in November 2022, Shay, a white was hired into the bakery department. Shay was a tier lower than Stewart but was paid more money that Stewart.

17. Further in November 2022, Stewart applied for a position in the produce department but a younger male received the position.

18. The supervisory positions Stewart applied for were all filled by family members, including a son, mother, and father. All in violation of Walmart's policy on nepotism.

19. Due to Stewart's failure to be promoted, Stewart separated her employment from Walmart as a constructive discharge in late November 2022.

20. Stewart alleges she was discriminated against on the basis of her gender (female) age (DOB 07/22/1967), disability, failure to promote, and forced to constructively discharge her employ, all involved of Title VII of the Civil

Rights Act of 1964; the Age Discrimination In Employment Act of 1967 and Americans With Disabilities Act as amended as well as a Frampton Claim for reporting and having a worker's compensation injury at work.

21. Stewart filed her charge of discrimination, and a amended charge of discrimination, which copies are attached and marked as Exhibit No. 1 and 2.

22. On or about September 25, 2023, the EEOC/Indiana Civil Rights Commission issued a Notice of Right to Sue, which a copy is attached and marked as Exhibit No. 3.

23. Walmart's authorized to operate in the State of Indiana and does nationally. Walmart employs thousands of persons in Indiana and throughout the nation annually and is engaged in the business of interstate commerce.

24. This complaint is timely filed.

25. As a direct and proximate cause of Walmart there described discriminates and retaliation, Stewart was injured and subjected to damages, suffered emotional stress, anxiety, embarrassment, humiliation, and mental anguish and other injuries and damages to be determined.

WHEREFORE, Stewart seeks compensation damages, punitive damages and reasonable attorney's fees and all other just and proper relief.

Respectfully submitted,

/s/    Samuel L. Bolinger
Samuel L. Bolinger, #10786-98
803 S. Calhoun St., Ste. 300
Fort Wayne, IN 46802
Tel:    260-407-0040
Fax:   260-407-0039
Email:  mark@slbolingerlaw.com
Counsel for Plaintiff

USDC IN/ND case 1:23-cv-00497-DRL-SLC document 7 filed 10/27/23 page 6 of 11

02C01-2310-PL-000450
Allen Circuit Court

Filed: 10/27/2023 1:26 PM
Clerk
Allen County, Indiana
DW



EEOC Indianapolis District Office 2023-10-27

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CHARGE OF DISCRIMINATION

EEOC Form 5 (Rev. October 2017)

For Office Use Only — Charge Number
470-2022-03184

**Personal Information**

First Name: Pamela   MI: A   Last Name: Stewart
Address: 942 Ridgewood Dr
City: Fort Wayne   County: Allen   State: IN   Zip Code: [illegible]
Phone: 260-417-7425   Home ☐ Work ☐ Cell ☒   Email: [illegible]

**Who do you think discriminated against you?**

Employer ☒   Union ☐   Employment Agency ☐   Other Organization ☐
Organization Name: Walmart
Address: 7502 N Southtown Crossing
City: Fort Wayne   State: IN   Zip Code: [illegible]   Phone: [illegible]

**Why you think you were discriminated against?**

Race ☐   Color ☐   Religion ☐   Sex ☐   National Origin ☐   Age ☒
Disability ☒   Genetic Information ☐   Retaliation ☒   Other ☒ (specify) Aggression

**What happened to you that you think was discriminatory?**

Date of most recent job action you think was discriminatory: _____
Also describe briefly each job action you think was discriminatory and when it happened (estimate):

Nov 8th, 2022: Was told that an employee who was with walmart less time + a tier under me was going to be in my same class with more pay than me. This was the last of ongoing issues of retaliation + discrimination. I was hired with the base pay of more money for education + more for my children. [illegible] got a 3rd [illegible] to [illegible] base pay [illegible]

I understand this charge will be filed with both the EEOC and the State or local Agency. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.

**Signature and Verification**

I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, including my name and my allegations, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.

I declare under penalty of perjury that the above is true and correct.

Signature: Pamela A Stewart   Date: [illegible]

EXHIBIT 1

USDC IN/ND case 1:23-cv-00497-DRL-SLC   document 7   filed 10/27/23   page 7 of 11

02C01-2310-PL-000450
Allen Circuit Court
Filed: 10/27/2023 1:26 PM
Clerk
Allen County, Indiana

# AMENDED CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: EEOC / FEPA

Agency(ies) Charge No(s):

Indiana Civil Rights Commission
State or local Agency, if any

Name: Pamela Stewart
Phone: (260) 417-7186

Street Address: 942 Ridgewood Dr. apt 1
FORT WAYNE, IN 46805

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

Name: Walmart
No. Employees: 501+ Employees

Street Address: 7502 South own crossing blvd
FT WAYNE, IN 46816

DISCRIMINATION BASED ON: Age, Disability, Sex

DATE(S) DISCRIMINATION TOOK PLACE:
Earliest: 
Latest: 10/28/2022

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for Walmart January of 2021. I had previously worked for Walmart from 2010 to 2015 as a cake decorator. Walmart policy on transferring to a new position is that you have to have been an employee for at least 6 months. On December 17, 2021, I slipped and fell and broke my leg while at work. In August of 2022, Tommy (a supervisor) quit his position and I applied, but it was given to Yolanda. Also, in August of 2022, David (manager) told CP that he was trying to get rid of all the older employees. In August of 2022, I applied for another supervisor position in the hardware department, but it was given to a much younger employee who had only been with Walmart a few months. In October 3, 2022, Ryan brought over a few boxes and put them in the bakery freezer, as I informed Ryan that the boxes actually go to the deli department, and as I walked away Ryan with the box cutter in his hand, began simulating like he was cutting me on my back. I told David about the incident, but nothing was done. I was diagnosed with cervical cancer and had surgery October 18, 2022, and I brought in a note to the HR supervisor and doctor stating that I had a lifting restriction of 15 lbs., however, I was told that Walmart no longer takes doctors notices for physical limitations. In November of 2022, Shay was hired into the bakery department and even though Shay was a tier lower than I she still made more money. In November of 2022, I applied for a supervisory position in womens clothing, but a much younger female employee got that position. I am only 57 I am not ready...

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EXHIBIT 2

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC<br>FEPA | Agency(ies) Charge No(s):<br><br>470-2022-03184 |
|---|---|---|
| Indiana Civil Rights Commission | | and EEOC |
| *State or local Agency, if any* | | |

position in the produce department in November of 2022, but a much younger man received that position. The supervisory positions that I had applied for were all filled by family members, including a son, mother and father, which went against Walmarts policy on nepotism. Due to the ongoing failure to be promoted, I was forced to constructively discharge my employment in November of 2022.

I believe I have been subjected to discrimination based on sex, disability and age and forced to constructively discharge my employment in violation of Title VII of the Civil Rights Act of 1964; the Age Discrimination in Employment Act of 1967; and/or the Americans with Disabilities Act, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| <br>_____<br>Date                Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so **within 15 days** of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please notify EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Indianapolis District Office
101 West Ohio St., Suite 900
Indianapolis, IN 46204

### DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/25/2023

To: Pamela Stewart
942 Ridgewood Dr. Apt 1
FORT WAYNE, IN 46805

Charge No: 470-2022-03184

EEOC Representative and email:   ANDREA DAYHARSH
Enforcement Supervisor
andrea.dayharsh@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt** of this notice. Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 470-2022-03184.

On behalf of the Commission,

Digitally Signed By Michelle Eisele
09/25/2023

Michelle Eisele
District Director

EXHIBIT 3

Cc:
Catherine Weil
Walmart c/o Littler Mendelson
2301 MCGEE ST STE 800
Kansas City, MO 64108

Scott A. Forman
Walmart c/o Littler Mendelson
2301 McGee St STE 800
Kansas City, MO 64108

Please retain this notice for your records.